JULES KRAMER, in Behalf of Himself and All Other Creditors Similarly Situated, v. CHARLES VILLONE (Also Known as CARMINE VILLONE) and SAMUEL MARTIN, Impleaded, etc.— Motion to dismiss appeal granted, with ten dollars costs, unless appellants procure the record on appeal to be filed on or before January 22, 1929. Present — Dowling, P. J., Finch, McAvoy, Martin and O'Malley, JJ.

MARY LEVITAN v. JULIUS H. LEVINE.— Motion for substitution granted. Present — Dowling, P. J., Finch, McAvoy, Martin and O'Malley, JJ.

ASBESTOS LIMITED, INC., v. ELWOOD J. WILSON and Others.— Motion granted as stipulated. Present — Dowling, P. J., Finch, McAvoy, Martin and O'Malley, JJ.

THEODORE SKULSKY v. P. R. TULLY PLUMBING CO., INC.— Motion granted upon appellant's filing the undertaking required by section 593 of the Civil Practice Act. Present — Dowling, P. J., Finch, McAvoy, Martin and O'Malley, JJ.

ELENA H. GOODALE v. WILBER C. GOODALE.— Motion denied. Present — Dowling, P. J., Finch, McAvoy, Martin and O'Malley, JJ.

In the Matter of the Application of MYLES REALTY COMPANY for an Order Directing that Arbitration between the Petitioner and VINCENT VERRATTI Proceed Pursuant to Provisions of the Arbitration Law.— Motion granted upon petitioner's filing the undertaking required by section 593 of the Civil Practice Act. Present — Dowling, P. J., Finch, McAvoy, Martin and O'Malley, JJ.

THE CITY OF NEW YORK v. THE VILLAGE OF LAWRENCE and Others.— Motion granted. Settle order on notice. Exchange memoranda. Present — Dowling, P. J., Merrell, Finch, McAvoy and Proskauer, JJ.

In the Matter of CHAUNCEY E. TREADWELL, an Attorney.— Reference ordered to Hon. Charles L. Guy, official referee. Present — Dowling, P. J., Finch, McAvoy, Martin and O'Malley, JJ.

Petition of JOSEPH L. KLEIN for Consent to Renew His Application for Admission to the Bar.— Application for leave to renew application for admission to the bar granted. Application to be transmitted to Appellate Division, Second Department, in which department applicant now resides. Present — Dowling, P. J., Finch, McAvoy, Martin and O'Malley, JJ.

In the Matter of the Judicial Settlement of the Account of Proceedings of the UNITED STATES TRUST COMPANY OF NEW YORK, as Executor of the Will of HENRY LEWIS SLADE, Deceased.— Decree affirmed, with costs. No opinion. Present — Dowling, P. J., Finch, McAvoy, Martin and O'Malley, JJ.

348 MADISON AVENUE CORPORATION, Respondent, v. ROBERT P. MARSHALL and Others, Copartners, etc., Appellants.— Judgment appealed from affirmed, with costs, and the clerk directed to correct the clerical error in the computation of interest. No opinion. Present — Dowling, P. J., Finch, McAvoy, Martin and O'Malley, JJ.

THE CITY OF NEW YORK, Respondent, v. DRY DOCK, EAST BROADWAY AND BATTERY RAILROAD COMPANY, Appellant. (Action No. 8.) — Judgment affirmed, with costs. No opinion. Present — Dowling, P. J., Finch, McAvoy, Martin and O'Malley, JJ.